UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
COMPANIA SUDAMERICANA DE VAPORES S.A.,

                    Plaintiff,                    06-CV-13765 (WHP)

        - v. -

SINOCHEM TIANJIN CO., LTD.,

                    Defendants
```

### [~~PROPOSED~~] TURNOVER ORDER

Honorable William H. Pauley, District Judge

WHEREAS the Plaintiff, Compania Sudamericana de Vapores S.A. ("Plaintiff") obtained an order from this Court on December 7, 2006, directing the Clerk of the Court to issue a Process of Maritime Attachment and Garnishment to attach funds in the amount of $51,326,739.72 against Defendant Sinochem Tianjin Co., Ltd ("Defendant").

WHEREAS the Process of Maritime Attachment and Garnishment was served on certain garnishee financial institutions located in New York;

WHEREAS, pursuant to the order of attachment, the garnishees intercepted and attached electronic funds transfers (EFTs) in which the Defendants had an interest;

IT IS HEREBY ORDERED that all attachments in this case are vacated and funds that are currently under attachment in this action be released. The garnishee banks are hereby ordered and instructed to release the attached funds pursuant to written instructions to be provided by letter of counsel for the defendant(s). The payment of the released funds by the garnishee banks shall not be subject to any further attachment in New York after those funds are released by the garnishee banks;

NYCLIB01/NYMJG2/161443.1

IT IS FURTHER HEREBY ORDERED that the release of any funds pursuant to this Order shall not be subject to any attachment by the Plaintiff in New York;

~~IT IS FURTHER HEREBY ORDERED that none of the released funds shall be subject to restraint in connection with any other action.~~ *WHP*

Dated: November 23, 2009
New York, New York

SO ORDERED:

_____
The Honorable William H. Pauley
United States District Judge